

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00193-CV

| | | |
|---|---|---|
| RACHEL O'DWYER, TRUSTEE OF AUSSIE-TEX FREEHOLD VENTURES TRUST #0082, Appellant | § | On Appeal from County Court |
| | § | of Montague County (24C002) |
| V. | | |
| | § | January 30, 2025 |
| CHRISTOPHER PETERS AND JESSICA PETERS, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Christopher Peters and Jessica Peters must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
     Justice Mike Wallach